■ WILLIAM ISELIN & CO., INC., Appellant, v CONTINENTAL INSURANCE CO., Respondent.—Order and judgment (one paper), Supreme Court, New York County (William McCooe, J.), entered on or about August 18, 1987, unanimously affirmed for the reasons stated by William McCooe, J. Respondent shall recover of appellant $75 costs and disbursements of this appeal. Concur—Murphy, P. J., Sullivan, Carro, Milonas and Kassal, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CAROLE VUILLE, Also Known as SHARON DIGGS, Appellant.— Judgment, Supreme Court, New York County (Jacqueline Silbermann, J.), rendered on July 24, 1986, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. *(See, Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur—Murphy, P. J., Kupferman, Carro, Asch and Ellerin, JJ.